**Order filed, November 12, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00775-CV

———————

## IN THE MATTER OF THE MARRIAGE OF CLARENCE DAVID SINGLETARY AND CASSANDRA MARIE JOHNSON, Appellant

---

### On Appeal from the 309th District Court
### Harris County, Texas
### Trial Court Cause No. 2014-66873

---

### ORDER

The reporter's record in this case was due **August 24, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Angelia Singleton**, the official court reporter, to file the record in this appeal **within days** of the date of this order.

PER CURIAM